# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 27, 2006

130134

EERON M. CAUGHN,
      Plaintiff-Appellee,

v

BOSCH BRAKING SYSTEM CORP. and
AMERICAN INSURANCE COMPANY,
      Defendants-Appellants,

and

TRAVELERS INDEMNITY COMPANY
OF CONNECTICUT,
      Defendant-Appellee.
_____/

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

SC: 130134
COA: 264059
WCAC: 04-000013

On order of the Court, the application for leave to appeal the November 8, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 27, 2006

_____
Clerk

s0320